UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOSE M. REYES MENDEZ,

     Plaintiff,

    v.

SPECIAL OPERATIONS ASSOCIATES, INC.,

     Defendant.

Case No. 2:25-cv-02387-CDS-EJY

**REPORT AND RECOMMENDATION**

On December 10, 2025, the Court entered an Order granting Plaintiff's Application to Proceed *in forma pauperis* and dismissing his Complaint without prejudice, but with leave to amend. ECF No. 3. The Court provided Plaintiff, who is not incarcerated, through and including January 9, 2026 to file an amended complaint. *Id*. Plaintiff has not timely filed an amended complaint. The Court explained to Plaintiff that failure to timely comply with its Order to file an amended complaint would result in a recommendation to dismiss this action in its entirety. *Id*.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice, but that the Court accept no further filings in this case. Plaintiff is free to commence a new action when he is able to demonstrate exhaustion of administrative remedies that will allow him to proceed in federal court.

DATED this 12th day of January, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court holds the courts of appeal may determine that an appeal has been waived due to the failure to file objections

1

within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). The Ninth Circuit also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).